UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:

                                      Case No. 8-16-76011-ast

Edward P. Davidson,                        Chapter 7

                             Debtor.
-------------------------------------------------------------------x

## ORDER GRANTING RELIEF
## FROM THE AUTOMATIC STAY

On June 22, 2017, the Motion (the "Motion") of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by its servicer Caliber Home Loans, Inc. ("Movant"), dated March 31, 2017 came before the Court, for relief from the automatic stay with respect to the collateral known as 747 Scarsdale Road, Tuckahoe, NY 10707 (the "Collateral"). This Court, having considered the evidence presented and the arguments of the parties, and with good cause appearing therefore, it is hereby

**ORDERED**, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. § 362(d)(1) for failure to make payments as to Movant, its agents, assigns, or successors in interest, so that Movant, its agents, assigns, or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Collateral; and it is further

**ORDERED**, that the Chapter 7 Trustee shall be served with a copy of the referee's report of sale within **thirty (30) days** of the report, and shall be noticed with any surplus monies realized from the sale of the Collateral; and it is further

**ORDERED**, that all other relief sought in the Motion is denied.



**Dated: July 6, 2017**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**